**Sixto DELA CRUZ, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
**Respondent.**

No. 2010–3165.

United States Court of Appeals, Federal Circuit.

Jan. 19, 2011.

**ON MOTION**

**ORDER**

The court treats Sixto Dela Cruz's filing of his opening brief as a motion for reconsideration of the court's November 18, 2010 order dismissing this petition for review for failure to file a brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted, the mandate is recalled, the petition is reinstated, and Dela Cruz's brief is accepted for filing.

(2) The Office of Personnel Management should calculate its brief due date from the date of filing of this order.